PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant Tracy Hope Davis, individually
and in her official capacity as United States Trustee

# UNITED STATERS DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAK KEUNG WU, individually,<br><br>    Plaintiff,<br><br>v.<br><br>TRACY HOPE DAVIS, individually and officially in her capacity as lawful Shareholder of California corporations<br>YOUNG AT HEART RCFE NO. 1, INC.;<br>YOUNG AT HEART RCFE NO. 2, INC.;<br>YOUNG AT HEART RCFE NO. 3, INC.;<br>YOUNG AT HEART RCFE NO. 4, INC.; and<br>YOUNG AT HEART RCFE NO. 5, INC.;<br>and KIMBERLY J. HUSTED, individually in her capacity as lawful Shareholder of California corporations<br>YOUNG AT HEART RCFE NO. 1, INC.;<br>YOUNG AT HEART RCFE NO. 2, INC.;<br>YOUNG AT HEART RCFE NO. 3, INC.;<br>YOUNG AT HEART RCFE NO. 4, INC.; and<br>YOUNG AT HEART RCFE NO. 5, INC. and<br>YOUNG AT HEART RCFE NO. 5, INC.,<br><br>    Defendants. | Case No. 2:23-cv-001362 TLN-AC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO THE CLAIMS AGAINST DEFENDANT TRACY HOPE DAVIS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS UNITED STATES TRUSTEE; ORDER** |

    Pursuant to the agreement of the undersigned parties and Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the case be dismissed with prejudice as to the claims against Defendant Tracy Hope Davis, individually and in her official capacity as United States Trustee, each

---

STIPULATION FOR DISMISSAL WITH PREJUDICE: ORDER      1

party to bear their own attorney fees and costs.  The claims against all other Defendants are not affected by this stipulation and remain pending.

    IT IS SO STIPULATED.

Respectfully submitted,

Dated:  October 16, 2023
PHILLIP A. TALBERT
UNITED STATES ATTORNEY

/s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant United States Attorney
Attorneys for the Defendant Tracy Hope Davis, individually and in her official capacity as United States Trustee

Dated:  October _17_, 2023
JASON A. BRAXTON
REVEILLE LAW P.C.

/s/ Jason A. Baxton
JASON A. BRAXTON
Attorney for Plaintiff, Pak Keung Wu, individually

## ORDER

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE as to Defendant Tracy Hope Davis, individually and in her official capacity as United States Trustee.  The claims against all other Defendants are not affected by this stipulation and order and remain pending.

Dated:  October 17, 2023

Troy L. Nunley
United States District Judge

STIPULATION FOR DISMISSAL WITH PREJUDICE: ORDER    2